IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Sammie Ford, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| Cavalry Portfolio Services, LLC, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF REMOVAL**

To the Honorable Judges of the United States District Court for the District of Kansas:

COMES NOW Defendant, Cavalry Portfolio Services, LLC, ("Defendant" or "Cavalry"), by and through its counsel of record, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully shows this Court that:

1. Plaintiff commenced this action on August 5, 2014, in the District Court of Wyandotte County, Kansas, Limited Actions Divisions, Case No. 14-LM-3683 (hereinafter the "State Court Action").

2. The removing party is the Defendant in the above-entitled action.

3. Pursuant to 28 U.S.C. § 1446(a), copies of the pleadings filed in the State Court Action are attached hereto as Exhibit A.

4. Defendant was served with the Petition on or about August 7, 2014. This notice is therefore timely filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

5. Defendant has not filed its Answer to Plaintiff's Complaint.

6. Plaintiff's Petition alleges the following causes of Action: Violation of the Fair Debt Collections Practices Act (Count I) and Violation of the Kansas Consumer Protection Act (Count II).

7.      This Court has original jurisdiction over Plaintiff's causes of action based upon 15 U.S.C. § 1692, *et. seq.*, as set forth in 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the District Court of Wyandotte County, Kansas, Limited Actions Division, Case No. 14-LM-3685, is removable to this Court.

8.      Pursuant to 28 U.S.C. § 1446(d), Defendant will provide written notice of the filing of Defendant's Notice of Removal to Plaintiff via U.S. Mail, and will also forward a Notice of Filing of Notice of Removal for filing with the Clerk of the District Court of Wyandotte County, Kansas, Limited Actions Division.

9.      Defendant hereby tenders the following state court pleading index of the pleadings attached hereto:

| Document Name | File Name |
| --- | --- |
| Petition | Petition.pdf |
| Summons: Issued to Cavalry Portfolio Services LLC | Summons.pdf |
| Return of Service | ROS.pdf |

10.     Defendant will file its Answer or other responsive pleading in a timely manner pursuant to Fed. R. Civ. P. 81(c).

11.     Defendant designates Kansas City, Kansas as the place of trial.

WHEREFORE, defendant prays that the above-entitled cause now pending in the District Court of Wyandotte County, Kansas, Limited Actions Division, Case No. 14-LM-3683, be removed to the United States District Court for the District of Kansas at Kansas City.

**DEFENDANT REQUESTS A TRIAL BY JURY ON ALL ISSUES HEREIN.**

Respectfully submitted,

FRANKE SCHULTZ & MULLEN, P.C.


/s/ Pamela J. Welch
PAMELA J. WELCH          Ks.#21534
8900 Ward Parkway
Kansas City, Missouri 64114
Phone: (816) 421-7100
Fax:     (816) 421-7915
pwelch@fsmlawfirm.com
**ATTORNEY FOR DEFENDANT**


CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

A.J. Stecklein, Esq.
Michael Rapp, Esq.
Consumer Legal Clinic, LLC
748 Ann Avenue
Kansas City, Kansas 66101
(913) 371-0727
(913) 371-0147 fax
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
**Attorneys for Plaintiff**



 /s/ Pamela J. Welch
**ATTORNEY FOR DEFENDANT**

3